No. 636, Misc. RUCKER *v.* PARKER ET AL., 389 U. S. 995. Motion for leave to file petition for rehearing denied.

No. 66. CASE-SWAYNE CO., INC. *v.* SUNKIST GROWERS, INC., 389 U. S. 384;

No. 548. SNOHOMISH COUNTY *v.* SEATTLE DISPOSAL CO. ET AL., 389 U. S. 1016;

No. 670. ILLINOIS EX REL. MAERAS, TREASURER & EX-OFFICIO COLLECTOR OF TAXES OF MADISON COUNTY *v.* CHICAGO, BURLINGTON & QUINCY RAILROAD CO. ET AL., 389 U. S. 427;

No. 712. MALINOU, PUBLIC ADMINISTRATOR *v.* CAIRNS ET AL., 389 U. S. 1015; and

No. 637, Misc. BASKIN *v.* BASKIN ET AL., 389 U. S. 1009. Petitions for rehearing denied.

No. 246. MOSES ET AL. *v.* WASHINGTON ET AL., 389 U. S. 428. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

FEBRUARY 6, 1968.

No. 764. GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* FIELDS. C. A. 4th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Solicitor General Griswold, Assistant Attorney General Weisl* and *John C. Eldridge* for petitioner. *James H. Coleman* for respondent.

No. 985, Misc. MINOR *v.* HASTINGS, CHIEF JUDGE, U. S. COURT OF APPEALS. Motion for leave to file petition for writ of mandamus dismissed pursuant to Rule 60 of the Rules of this Court.